IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO.: 5:16-cv-24-RLV-DSC

| | |
|---|---|
| GLENDA WESTMORELAND, ) <br> ) <br> Plaintiff ` ) <br> ) <br> v. ) <br> ) <br> TWC ADMINISTRATION LLC ) <br> d/b/a TIME WARNER CABLE, ) <br> ) <br> Defendant. ) <br> _____ ) | **ORDER** |

**THIS MATTER** is before the Court on "Plaintiff's Motion to Compel" (document #19) and the parties' briefs and exhibits.

The Court has carefully reviewed the parties' arguments, the authorities and the record. Plaintiff has not pled a pattern and practice discrimination claim. Defendant has fully responded to Plaintiff's discovery requests concerning Ms. Busgith, the decision maker in Plaintiff's termination. The Court finds that the additional discovery responses that Plaintiff seeks to compel are not proportional to the needs of the case. Fed. R. Civ. P. 26(a). For those and the other reasons stated in Defendant's brief, Plaintiff's Motion to Compel is <u>denied</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Richard L. Voorhees.

**SO ORDERED.**

Signed: April 18, 2017

_____
David S. Cayer
United States Magistrate Judge