# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO.: 5:16-cv-24-RLV-DSC

| | |
|---|---|
| GLENDA WESTMORELAND,<br>      Plaintiff, | )<br>)<br>) |
| v. | )    **<u>ORDER</u>**<br>)<br>) |
| TWC ADMINISTRATION LLC<br>d/b/a TIME WARNER CABLE,<br>      Defendant. | )<br>)<br>) |

**THIS MATTER** is before the Court upon its own Motion. This matter is currently scheduled for trial, September 4, 2017, as set forth in the Pretrial Order And Case Management Plan For Civil Cases. (Doc. 9). However, the "Ready Date" set in the Pretrial Order was erroneously stated, in that, this Court's trial term in the Statesville Division, is September 5, 2017.

Furthermore, there is an outstanding Motion for Summary Judgment (Doc. 22) in this matter, which the Court needs to address prior to the September 2017, trial term. Moreover, the Court has a congested docket in September. Therefore, the Court feels that to insure the parties have adequate time to prepare for trial, the Court will continue this matter to the November 2017, trial term in the Statesville Division. Accordingly, the Court amends the Pretrial Scheduling Order to state that the "Ready Date" for trial is November 6, 2017, at 9:30 A. M.

IT IS THEREFORE, ORDERED that this case is hereby continued from the September 5, 2017 trial term to the November 6, 2017, trial term in the Statesville Division.

*Signed: August 3, 2017*

Richard L. Voorhees
United States District Judge