# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Glenda W. Westmoreland, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 5:16-cv-00024-MOC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| TWC Administration LLC, | ) | |
| Defendant, | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Jury's February 22, 2018.

April 25, 2018

Frank G. Johns, Clerk
United States District Court