# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:16-CV-00024-MOC-DSC

| | |
|---|---|
| GLENDA W. WESTMORELAND, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| TWC ADMINISTRATION LLC, | ) ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for C. Celeste Creswell]" (document #90) filed June 25, 2019. For the reasons set forth therein, the Motion will be <u>granted</u>

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel <u>and to the Honorable Max O Cogburn, Jr.</u>

**SO ORDERED**.

Signed: June 26, 2019

David S. Cayer
United States Magistrate Judge