# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:16-cv-24-MOC-DSC

| | |
|---|---|
| GLENDA WESTMORELAND, ) | |
| Plaintiff, ) | |
| vs. ) | ORDER |
| TWC ADMINISTRATION LLC ) d/b/a TIME WARNER CABLE, ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on Defendant TWC Administration LLC's "Motion for Extension of Time Regarding Defendant's Pending Motion for Attorneys' Fees and Plaintiff's Anticipated Motion for Attorneys' Fees," (Doc. No. 103), filed on September 18, 2019. Also pending is Plaintiff's Motion for Extension of Time to File a Response to Defendant's Motion for Attorney Fees, filed on September 23, 2019. (Doc. No. 105). Having considered the motions and the record, the undersigned will **GRANT** the motions in accordance with this Order.

First, the Court finds that Defendant's motion, (Doc. No. 100), is timely filed, and to the extent that it is not, the Court's grants a motion for extension of time nunc pro tunc for Defendant to file.

Next, Defendant shall have until October 18, 2019, to respond to Plaintiff's Memorandum and Affidavits in Support of Attorney Fees, filed on September 20, 2019.

Finally, as to Defendant's request that the Court give Plaintiff until September 27, 2019, to respond to Defendant's motion for attorney fees, that deadline has come and gone. Plaintiff has now filed a motion for extension of time to respond to Defendant's motion, seeking a

deadline of October 3, 2019, to respond. Because today is October 3, 2019, the Court will grant

Plaintiff additional time to respond, with a new deadline of October 10, 2019.

**SO ORDERED.**



Max O. Cogburn Jr.
United States District Judge

Signed: October 3, 2019