# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:16-cv-24-MOC-DSC

| | |
|---|---|
| GLENDA WESTMORELAND, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> TWC ADMINISTRATION LLC ) <br> d/b/a TIME WARNER CABLE, ) <br> ) <br> Defendant. ) <br> ) | ORDER |

**THIS MATTER** is before the Court on its own motion. On August 21, 2019, this Court held a hearing on the issues of attorney fees and Plaintiff's entitlement to front pay in this matter. At the hearing, the court listened to arguments from the parties on attorney fees and front pay. The Court set deadlines for briefing on the attorney fees issue, and the Court further indicated that it would set a separate hearing on the issue of Plaintiff's request for front pay.

**IT IS HEREBY ORDERED** that this Court will hold a hearing on the issue of whether Plaintiff is entitled to front pay and, if so, the amount to which she is entitled. The hearing will be held on December 18, 2019, at 9:30 a.m., in the federal courthouse in Charlotte, North Carolina, in a courtroom to be determined later.

**IT IS FURTHER ORDERED** that Plaintiff's brief in support and additional documentation supporting the specific amount of front pay requested shall be due no later than Monday December 9, 2019. Defendant's response brief shall be due no later than Monday December 16, 2019.

**IT IS SO ORDERED.**

Signed: November 26, 2019

Max O. Cogburn Jr.
United States District Judge